# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                                                   Reply to Northern Division Address

May 18, 2007

Mr. Frankie L. McCoy, Sr. #172986
Maryland House of Correction
P O Box 534
Jessup, Maryland 20794

Re:    Case No. WDQ-00-900

Dear Counsel/Party:

The Clerk received your Amended Facts Claim on 5/18/07 ; however, it is deficient in the area(s) checked below and is being returned to you.

**Failure to meet requirements of Local Rules 101 & 102:**
- ☐ Member of Bar of this Court has not signed pleading.
- ☐ Proper Person - out of state - must furnish Court with memo of location in Maryland where notices, etc. may be served.
- ☐ Corporation may not represent itself through its officers.

**Failure to meet requirements of Local Rules 104, 105, and Fed.R.Civ.P. 5:**
- ☐ Discovery motions, responses and replies to motions must be filed **with original and two copies**.
- ☐ Depositions not to be filed unless in support of a motion.
- ☐ Discovery material received.
- ☐ Motion to Compel filed - not in accordance with Local Rule 104.8.
- ☐ Discovery motion filed - not in accordance with Local Rule 104.7.

**Failure to meet requirements of Local Rule 102 & Fed.R.Civ.P. 5:**
- ☐ Certificate of Service not affixed to pleading.
- ☐ Certificate of Service not dated.
- ☐ Certificate of Service not signed.
- ☐ Attachments or exhibits missing.
- ☐ Pleadings must be filed on 8½" x 11" paper (this includes exhibits and attachments; please reduce accordingly).

**Miscellaneous:**
- ☐ Pleading does not contain original signature(s).
- ☐ Pleading pertains to more than one file. Original and appropriate copies required for each file unless cases consolidated for all purposes.
- ☐ Incorrect caption or civil action number. Unable to match with case.
- ☐ Offer of judgment should not be filed with the Court until it has been accepted. Fed. R. Civ. P. 68.
- ☐ Pleading or paper must be filed electronically.
- ☒ Other.  Case is closed.

Very truly yours,

_____
William D. Quarles, Jr.
United States District Judge

cc:  Other counsel/party

U.S. District Court (Rev. 3/3/2003) - Return pleading letter

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FRANKIE L. McCOY #172986,
MULTIPLE PHYSICAL/MENTAL DISABLED PRISONER
          Vs.                                    Civil No. WDQ-00-900
FRANK C. SIZER, DEPUTY COMMISSIONER
WILLIE F. CLARK, MAJOR 4-12 SHIFT
RONALD HUTCHINSON, WARDEN
CAPTAIN F. MORRIS, 8-4 SHIFT
LOUISE STEWART, ASS-WARDEN, MCTC

SGT. INGRAM, 7-11 SHIFT
SGT. J. COWAN, 4-12 SHIFT
SGT. D. TAYLOR, 4-12 SHIFT
UNKNOWN NAMED DEFENDANTS
PRISON HEALTH SERVICE INC, ETAL. LT. BRYDER, 8-4/4:00
DR. M. AGALEW M.D.
MS. B. TORNDIOM, ADMIN-NURSE-MANGER
MS. D. HOOD, ADMIN-NURSE-MANGER

(AMENDED FACTS CLAIM)
SUPPLEMENTAL MOTION TO AMEND AND ADD NAMED-
DEFENDANT'S EACH SUED INDIVIDUAL AND OFFICIAL CONDUCT
UNDER: "ADA" LEAST RESTRICTIVE ENVIRONMENTAL, ETC.
EACH NAMED-DEFENDANT EITHER INTENDED OR "ACTUAL INTENT"
OR RECKLESS DISREGARD "PLAINTIFF CONSTITUTIONAL-RIGHTS
UNDER: (ADA) AMERICANS WITH DISABILITIES ACT AND
THEIR OWN (DCD 110-13) D.A.G WITH ALLIC (190RDD) ACCESS-
-ACCOMODATIONS AND SPECIAL MEDICAL-NEEDS CAUSING HIM
TO SUSTAIN MULTIPLE (DEFENDANT INJURIES) PAIN AND DAILY SUFFER
-ING... ETC.