IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FRANKIE L. McCOY
  vs.                                 CIVIL NO. (WDQ-00-900)
WILLIAM CLARK, ET AL.

**MOTION TO PROCEED AND PLACEMENT OF THIS CASE
ON COURT'S ACTIVE DOCKET ASSIGNMENT**

Plaintiff, respectfully moves this Honorable Court
to have this case placement upon Active Docket
whom now feels he is medically able to proceed:
SEE: Attached (Order) dated: (March 29, 2004), as Exhibit (A).

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, upon this 21st day of March, that a copy
was turn over to MCTJ mail-box pre-paided postage for
mailing to: Defendant's Attorney Stephanie Lane Weber, 200-
St. Paul St. Baltimore, Md. 21201.

A Luta Continua,

/s/ Frankie L. McCoy Sr.
FRANKIE L. McCOY Sr., #172986
MCTJ - P.O. Box 549
Jessup, Md. 20794
Pro-Se,

cc: F.L.M.
w/enclosures


EXHIBIT (A)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FRANKIE L. MCCOY, SR.          :

V.                             :          CIVIL NO. WDQ 00-900

WILLIAM CLARK, et al.          :

## ORDER

In accordance with the marginal ruling made this date on plaintiff's motion to stay (Paper No. 31), IT IS, this 29th day of March, 2004, by the United States District Court for the District of Maryland, ORDERED:

1. That plaintiff's Motion to Stay All Placement of Cases On Court's Inactive Docket to Assigned Docket Until Plaintiff Able To Medically Proceed is GRANTED;

2. That this case is administratively CLOSED, subject to reopening when the plaintiff is medically able to proceed; and

3. That the Clerk of Court mail copies of the foregoing marginal ruling and of this Order to the parties.

_____
William D. Quarles, Jr.
United States District Judge

March 20, 2008

Felicia C. Cannon, Clerk
U.S. District Court for Maryland
101 West Lombard Street
Baltimore, MD. 21201

Civil NO. (WDQ-00-900)

Dear Clerk Cannon

Enclosed, please find my "Motion for Placement / Succeed on Active-Docket Assignment".

De Luga Continua

Frankie L. McCoy, #142986
MCI-J- P.O. Box 549
Jessup, MD. 20794
Filed.

cc: F.L.M.
w/enclosure