IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Frankie L. McCoy Sr. #142986

vs.                                        Civil No. (WDQ-00-900)

William Sinn, et al

## MOTION TO PROCEED AND PLACEMENT OF THIS CASE ON COURT'S ACTIVE DOCKET ASSIGNMENT

Plaintiff, respectfully moves this Honorable Court to have this case placement upon active docket whom now feels he is medically able to proceed; see attached (Order) dated: (March 29, 2004), as exhibit (A)

## CERTIFICATE OF SERVICE

I hereby certify, upon this 21st day of March, that a copy was turn over to M.C.T.C. mailroom pre-paided postage for mailing to: Defendants Attorney Stephanie Lane Weber, 200 St. Paul St. Baltimore, Md. 21201.

A Luta Continua,

/s/ Frankie L. McCoy Sr. #142986
MCTC - P.O. Box 549
Jessup, MD. 20794
Pro-Se,

/s/ Frankie L. McCoy Sr.
April 7, 2008

cc: F.M.
w/ enclosure

Exhibit (A.)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FRANKIE L. MCCOY, SR.          :

V.                             :     CIVIL NO. WDQ 00-900

WILLIAM CLARK, et al.          :

ORDER

In accordance with the marginal ruling made this date on plaintiff's motion to stay (Paper No. 31), IT IS, this 29th day of March, 2004, by the United States District Court for the District of Maryland, ORDERED:

1. That plaintiff's Motion to Stay All Placement of Cases On Court's Inactive Docket to Assigned Docket Until Plaintiff Able To Medically Proceed is GRANTED;

2. That this case is administratively CLOSED, subject to reopening when the plaintiff is medically able to proceed; and

3. That the Clerk of Court mail copies of the foregoing marginal ruling and of this Order to the parties.

_____
William D. Quarles, Jr.
United States District Judge

ATTN: Ms. C. Mulqueen, Senior Clerk
(Pro-Se-Unit)
U.S. District Court for Maryland
101 West Lombard Street
Baltimore, Md. 21201

RE: Civil No. (WDQ-00-900)

Dear Clerk, Mulqueen,

Enclosed, Please find my (2nd's) Second "Motion for Judgment / Appeal or Active - Docket Assignm- ent " soon as Possible...

Pursuant: To Honorable William D. Quarrel Jr., Judge (Order) on Record dated: (March 29, 2007)

SEE: Attachment - Exhibit (A.) A Lote Continua,

Frankie L. McCoy, #172986
" New Change of Address": MCIJ - P.O. Box 549
Jessup, Md. 20794
Pro-SE,

cc: F.L.M.
w/Disclosure ✓



FELICIA C. CANNON, CLERK
U.S. DISTRICT COURT for MARYLAND
101- WEST LOMBARD STREET
BALTIMORE, MD. 21201

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
MARCH 20, 2008
APR 09 2008
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

Civil No. (WDQ-00-900)

DEAR CLERK, CANNON

Enclosed, please find my "MOTION FOR PLACEMENT / DOCKET ON ACTIVE-DOCKET ASSIGNMENT".

A LUTA CONTINUA,
[signature]
FRANKIE L. McCOY #142086
MCIJ - P.O. BOX 549
JESSUP, MD. 20794
AII-CD,

cc: F.L.M.
W/ENCLOSURE