Attn: Ms. C. Mulqueen, Clerk,                               MAY 6, 2008
U.S. District Court for Maryland
Pro-se-Unit
101-West Lombard Street
Baltimore, Md. 21201                RE: Civil No. (WDQ-00-900?)

Felicia C. Cannon, Clerk
U.S. District Court for Maryland
101-West Lombard Street
Baltimore, Md. 21201

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

MAY 0 6 2008

CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

Dear Ms. Mulqueen,

Please, inform and request Judge, William D. Quarles Jr.-Chambers.

As to (Why) my motion/pleading's in above-action and other's...

Always either "significantly-denied" or legal-proceeding records prejudicial or inconsistent with adequate (Due-Process) and equal protection of law... etc.

With unreasonable results of always-more favorable outcome for State of Maryland-defendant's?

I am respectfully-requesting "interest of justice"?

The above action be (Transferred) to: U.S. District Court for the District of Columbia"... Where I think I can receive fundamental-fair-"Due Process"?

Frankie L. McClure,

cc: F.L.M.                             Frankie L. McClure Sr. 172986
U.S. Court of Appeals Fourth Circuit   MCI-J P.O. Box 549
Clerk, Patricia S. Connor             Jessup, Md. 21794