ATTN: Ms. C. McQueen, Clerk
U.S. District Court for Maryland
Pro-Se Unit
101 West Lombard Street
Baltimore, Maryland 21201

MAY 12, 2008

[Stamps: MAY 13 2008 CLERK U.S. DISTRICT DISTRICT OF MARYLAND; FILED ENTERED LODGED RECEIVED; MAY 19 2008 AT BALTIMORE CLERK U.S. DISTRICT COURT DISTRICT OF MARYLAND BY ___ DEPUTY]

RE: Civil No. (WDQ-00-900)

Dear Clerk, McQueen

Please inform / request Judge, William D. Quarles Jr. Chambers,

As to (why) my motion / pleadings in (above-action) to proceed-proceed in a time-to-fashion?

Are always either "significantly-delayed" or proceeding's received, "prejudicial" or inconsistent with federal rules of law? (due-process) or equal protection standards of law?

Does a (pro-se) indigent-inmate whom U.S. Constitutional Rights to fundamental-fairness are at stake here?

Please continue,

/s/ Frankie L. McCoy

New-Address: Frankie L. McCoy #217286
MCI-J, P.O. Box 549
Jessup, Md. 20794

cc: Ms. Patricia S. Connor
U.S. Court of Appeals Fourth Circuit

Honorable William D. Quarles, Jr.
U.S. District Court for Maryland
101 West Lombard Street
Baltimore, Maryland 21201

FILED MAY 12, 2008
MAY 13 2008

RE: CIVIL NO. (WDQ-00-900)

Dear Judge Quarles

Sir: with in "fundemental-fairness" I am non-resident of Washington, D.C.,

And Plt. S.E. Bowen is my (time-residency) homed: 126-18th Street S.E., Washington, D.C., 20103

Thus, I am respectfully requesting this letter/motion for Transfer to the jurisdiction of the Federal Court in Washington, D.C.

Under: "Diversity of Citizenship" U.S. Const. Art III

CERTIFICATE OF SERVICE

I hereby certify with this 1st day of May 2008 a copy of this motion/letter was sent free of cost  ... sent-by regular mail, U.S. Postage to: Stephen Lane Wells 201 St. Paul Pl. 19th flr. Baltimore, MD, 21202

ALSO CONTINUE

cc: A.F.M.Y                                Frankie L. McCoy #182486
                                           MCI-J, P.O. Box 549
NEW-ADDRESS:                               Jessup, MD. 20794
Felicia C. Cannon