Honorable William D. Quarles Jr.   May 12, 2008
U.S. District Court for Maryland
101 West Lombard Street
Baltimore, Maryland 21201

FILED ENTERED LODGED RECEIVED
MAY 13 2008
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

FILED ENTERED LODGED RECEIVED
MAY 19 2008
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Re: Civil No (WDQ-00-900)

Dear Judge Quarles

Sir, with "in fundamental-fairness" I am (born-resident) of Washington, D.C.

And plan to return to my (home-residence) located: 726-18th Street S.E., Washington, D.C. 2003_

Thus, I am respectfully requesting this letter/motion for Transfer to the jurisdiction of the Federal Court in Washington, D.C.

Under: "Diversity of Citizenship" U.S. Const. Art III

CERTIFICATE OF SERVICE

I hereby certify upon this 12th day of May, 2008 a copy of this Motion/letter was hand over to Mark J. May-Bex Esquire said to: Assistant Attorney Stoner Lane West 200-St. Paul St. 19th floor Baltimore, Md. 21202

A LUTA CONTINUA

Frankie L. McCoy #182986
HDW-Address: MCI-J  P.O. Box 549
Jessup, Md. 20794

cc: A.T.M.
Felicia C. Cannon

ATTN: Ms. C. Mulqueen, Clerk
U.S. District Court for Maryland
Pro-Se Unit
101 West Lombard Street
Baltimore, Maryland 21201

MAY 12, 2008

RE: Civil No. (WDQ-00-900)

Dear Clerk, Mulqueen

Please inform/request Judge William D. Quarles Jr. Chambers:

As to (why) my motion/pleadings in (above-action) go adequately-processed in a timely-fashion?

Are pleadings either "significantly-delayed" or pleadings-receives prejudicial or inconsistent with federal-rules and (due-process) or equal protection standards of law?

I'm a (pro-se) indigent-inmate whom U.S. Constitutional rights-1st-amendment-witnesses are at state alone continual here?

NEW-ADDRESS: Frankie L. McCoy #193486
MCI-J P.O. Box 549
Jessup, MD. 20794

CC: JR, M
Peter S. Connor
U.S. Court of Appeals Fourth Circuit