IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FRANKIE L. MCCOY, SR., | : | |
| Plaintiff | : | |
| v. | : | Civil Action No. WDQ-00-900 |
| WILLIAM CLARK, | : | |
| D. TAYOLOR, | | |
| R. KOPPEL | : | |
| L. CHANNEY | | |
| | : | |
| Defendants | o0o | |

## ORDER

On April 5, 2000, this action was placed on inactive unassigned status due to the large number of cases filed by Plaintiff. Subsequently the case was re-activated and then again placed on inactive status at Plaintiff's request due to his medical condition. As Plaintiff currently has no open cases pending in this Court, and has moved to activate this case, the Clerk will be directed to place this case on the active docket and assign same to the undersigned. Accordingly, it is, this 3rd day of June 2008, by the United States District Court for the District of Maryland hereby ORDERED that:

1. Plaintiff's Motions to Proceed (Paper Nos. 38 and 39) ARE GRANTED;

2. Plaintiff's Motion to Amend the Complaint (Paper No. 40) IS GRANTED;

3. The Clerk is directed to place this case on the active docket and assign this case to the undersigned judge;

4. Plaintiff shall be required to inform the Court of any change of address during the pendency of this action pursuant to Local Rule 102.1.b.ii (D. Md.). Further, as required by Fed. R. Civ. P. 5, the plaintiff shall serve notice of any change of

address to all counsel of record;

5. If defense counsel has some question regarding the plaintiff's indigency, counsel is to notify the Court;

6. The Clerk SHALL MAIL a copy of this Order to Plaintiff, and a copy of this Order and Paper Nos. 1 and 40 to Assistant Attorney General Stephanie Lane-Weber, 19th Floor, St. Paul Plaza, 200 St. Paul Place, Baltimore, Maryland. If the Assistant Attorney General is not willing to accept service by mail on behalf of Defendants she is requested to so notify this Court in writing after receipt of all documents. Otherwise, this Court will understand that Ms. Lane-Weber will accept service of process on Defendant. If service is not accepted by Ms. Lane-Weber the Clerk of the Court is to cause process to be promptly issued;

7. The Clerk shall otherwise WITHHOLD service as to Defendants;

8. Defendants are directed to answer Plaintiff's complaint in accordance with Rule 12(a) of the Federal Rules of Civil Procedure and *In re: State Prisoner Litigation*, Misc. No. 00-308, Administrative Order 2002-1; and

9. If Defendant requires an additional period of time in which to answer, counsel is directed to file such a request for extension within sixty (60) days, pursuant to the aforementioned Federal Civil Rule 12(a) and Misc. No 00-308.

                                                       /s/
                                     William D. Quarles, Jr.
                                     United States District Judge