**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
**DISTRICT OF MARYLAND**

Felicia C. Cannon, Clerk

Reply to Northern Division Address

Lisa Rosenthal, Chief Deputy

June 4, 2008

Stephanie Lane-Weber
Assistant Attorney General
Office of the Attorney General
Correctional Litigation Unit
200 St. Paul Place, 19th Floor
Baltimore, MD 21202

    Re:    Civil No. WDQ-00-900

Dear Ms. Lane-Weber:

As instructed by the Honorable William D. Quarles, United States District Court Judge, I enclose herewith a copy of the Order of Court directing defendant(s) to answer the complaint.

        Very truly yours,

        Felicia C. Cannon, Clerk

        By: _____
            Deputy Clerk

Enclosures
cc: court file

U.S. District Court (Rev. 8/2002) - Letter to Attorney General Re: Service of Process

---

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov