DOUGLAS F. GANSLER
**Attorney General**



KATHERINE WINFREE
JOHN B. HOWARD, JR.
**Deputy Attorneys General**

# STATE OF MARYLAND
## OFFICE OF THE ATTORNEY GENERAL

410-576-6880
TELECOPIER NO.

410-576-6340
WRITER'S DIRECT DIAL NO.
E-Mail Address: slaneweber@oag.state.md.us

June 18, 2008

**Staff Attorneys**
United States District Court
U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:   *Frankie L. McCoy, Sr. v. Major William Clark, et al.*
           Civil Action No. WDQ-00-900

Dear Staff Attorneys:

     The Attorney General's Office in the above-captioned case refuses service on behalf of Major William Clark, Sergeant D. Taylor, Major R. Koppel, and Captain L. Channey. Per the Deputy Clerk's direction, the response is presently due by August 8, 2008. I will defend this case.

                              Very truly yours,

                              /s/

                              Stephanie Lane-Weber

SLW/mvw
G:\welkerm\Open New.Cases\MCCOY.STAFF.wpd