IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FRANKIE L. MCCOY, SR., #172-986,  *

    Plaintiff,  *

v.  *  Civil Action No. WDQ-00-900

   *

MAJOR WILLIAM CLARK, *et al.*,  *

    Defendants.  *

\* * * * * * * * *

## MOTION FOR EXTENSION OF TIME

Defendant[1], Robert Koppel[2] by his attorneys, Douglas F. Gansler, Attorney General of Maryland, and Stephanie Lane-Weber, Assistant Attorney General, moves, pursuant to Fed.R.Civ.P. 6(b)(1), for an extension of time to and including September 8, 2008, to file a response to the complaint filed in the above-captioned case for the following reasons:

1.    Pursuant to the Standing Order set out in *In Re State Prisoner Litigation*, Misc. No. 00-308, Defendant's response is currently due on August 8, 2008.

2.    Although certain information and materials relating to the complaint herein have now been received by undersigned counsel, it is necessary that additional documentation be obtained so that the defendant can prepare and file a detailed response.

3.    An additional thirty day period to and including September 8, 2008, within which to respond to the Complaint should be sufficient to prepare the defendant's initial pleadings.

---

[1] Undersigned counsel does not represent former Major William Clark, former Sergeant D. Taylor or former Captain L. Channey who are all retired from state service.

[2] Defendant former Major Robert Koppel is currently the Warden at the Maryland Correctional Adjustment Center (MCAC), effective July 1, 2008.

4.     This motion is not made for purposes of delay.

WHEREFORE, it is respectfully requested that this Court grant leave for the defendant to file a response in the instant case on or before September 8, 2008.

                                               Respectfully submitted,

                                               DOUGLAS F. GANSLER
                                               Attorney General of Maryland


                                               ___/s/_____
                                               STEPHANIE LANE-WEBER
                                               Assistant Attorney General
                                               General Bar No. 00023

                                               200 St. Paul Place, 19th Floor
                                               Baltimore, Maryland  21202
                                               Phone:  (410) 576-6340
                                               Fax:     (410) 576-6880
                                               E-Mail: slaneweber@oag.state.md.us

                                               Attorneys for Defendant Robert Koppel

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of August, 2008, a copy of the foregoing Motion for Extension of Time was mailed, postage prepaid, to plaintiff, Frankie L. McCoy, #172-986, Maryland Correctional Institution - Jessup, P.O. Box 549, Jessup, Maryland 20794.


                                               ___/s/_____
                                               STEPHANIE LANE-WEBER
                                               Assistant Attorney General

CL08-2092
G:\GILLASPD\WPDATA\MCCOY 900\Pleadings\ext.1st.wpd