IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FRANKIE L. MCCOY, SR., #172-986,   *
                                   *
    Plaintiff,                     *
                                   *
  v.                               *   Civil Action No. WDQ-00-900
                                   *
MAJOR WILLIAM CLARK, *et al.*,     *
                                   *
    Defendants.                    *

                *   *   *   *   *   *   *

## ORDER

Upon consideration of the foregoing Motion for Extension of Time, it is this _____ day of _____, 2008, by the United States District Court for the District of Maryland,

**ORDERED**, that the time for Defendant Robert Koppel to file a response to the complaint is hereby extended to and including September 8, 2008.

                                                                                                _____
                                                                                               WILLIAM D. QUARLES, JR.
                                                                                                United States District Court Judge

CL08-2092
G:\GILLASPD\WPDATA\MCCOY 900\Pleadings\ext.1st.order.wpd