IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Frankie L. McCoy #172986

vs.

Major William Clark, et al)

Civil No. (WDQ-00-900)

MOTION TO PROCESS AND ACCEPT SERVICE
UPON ALL OF NAMED DEFENDANTS

Plaintiff, respectfully request that this Honorable Court to process and accept service for (all) named-defendants, whom was employed by "Md. Division of Correction" at and during-time of alleged egregious disregards of (Plaintiff's)- rights under "(ADA) America Disability Act's and code of Md. State; etc.

Plaintiff, is proceed "indigent-inmate" under color of State Law"

Pursuant: McCollum vs. Mayrick, 180 F. Supp. 112 (N.D. Cal. 1955); Almond vs. Kent, 459 F. 2d 200 (4th Cir. 1972) and Bounds vs. Smith, 430 U.S. 817, 97 S.Ct. 1491 (1977)

See: (foot-note) defendant attorney "Motion for Extension of Time"

Plaintiff, re-request this Honorable Court to "Affect process of service" upon defendant attorney Henry Stephanie Lane-Weber 300 St. Paul Place Suite 19th floor Baltimore, MD, 21202 as this (order) "April 5, 2000" to this Honorable Court on Inactive/Unassigned Status... etc,

Which the Plaintiff, has (NO) other method of "effectuating further process of service" upon (A1) named-defendant ... etc,

### CERTIFICATE OF SERVICE

I hereby certify, upon this 12th day of August, 2008 a copy of this "Motion to Affect process of service" was turn-over MCI-J (mail-box) postage paid to attorney Stephanie Lane Weber 300 St. Paul Place Suite 19th floor Baltimore, MD, 21202

A Lutta Continua,

_____
Frankie L. McCoy #172986
MCI-J  P.O. Box 549
Jessup, MD, 20794
SHWD,

cc: F, M, V

Felicia C. Cannon, Clerk  
U.S. District Court for Maryland  
101 West Lombard Street  
Baltimore, Md. 21201

August 12, 2008

Civil No. (WDQ-00-900)

Dear Clerk,

Enclosed, please find w/ "Motion in Reference" undersigned attorney pleading dated: (8-8-08)

Does w/ These undersigned assistant attorneys general if... etc. represent (any) of those named defendants

A luta continua,

Fannie L. McCoy #82486  
McCoy, P.O. Box 549  
Jessup, Md. 20794

cc: F.M.  
w/ attachment's ✓