IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2008 AUG 13 P 12: 00

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | |
|---|---|
| FRANKIE L. MCCOY, SR., #172-986, | * |
| Plaintiff, | * |
| v. | * Civil Action No. WDQ-00-900 |
| MAJOR WILLIAM CLARK, *et al.*, | * |
| Defendants. | * |

\* \* \* \* \* \* \*

**ORDER**

Upon consideration of the foregoing Motion for Extension of Time, it is this 13th day of August, 2008, by the United States District Court for the District of Maryland,

**ORDERED**, that the time for Defendant Robert Koppel to file a response to the complaint is hereby extended to and including September 8, 2008.

_____
WILLIAM D. QUARLES, JR.
United States District Court Judge

CL08-2092
G:\GILLASPD\WPDATA\MCCOY 900\Pleadings\ext.1st.order.wpd