IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Frankie L. McCoy #162986
vs.                                    Civil No. (WDQ-00-900)
Major Willie Clark, et al

MOTION TO AMEND FACTS OF SUCCESSFUL
SERVICE UPON ALL NAMED DEFENDANTS

Plaintiff, pro-se indigent-inmate respectfully moves this Honorable Court to amend facts in his complaint and say's:

Each and every named-defendant at time of deprivations shown in February, 2000 thru June, 2000 was employed by MD. Division of Correction and "sued in there individual and official capacity's... etc.

"And did on order of this Honorable Court on April 5, 2000 effect service process" upon (all) (main-players) defendants attorney Stephanie Lane-Weber located: 201-St. Paul Place 19th floor, Baltimore, MD. 21202.

And since the time of service - process (retaliation) retaliation or interference with (plaintiff's) "due access on law." to (retaliation)... "confiscate, touch, and destroy (his) legal-materials" and paper's and (interfere) with (his) legal-communication with court... etc.

Due to plaintiff's (legal-activity) retaliation's were based...

Which the defendant's (interfered) with plaintiff's "adequate constitutional-rights to effect exhaustion of state remedies... in timely-fashion"

Allegiant: Houghton vs. Shapiro 392 U.S. 639 (1968)
Wilwording vs. Swenson, 404 U.S. 249 (1971)

The Supreme Court ruled that a (prisoner) does not need to exhaust his state's (judicial) remedies before he can file a sec. 1983 (suit)...
Since sec. 1983 is "supplementary" to state remedies... etc.

CERTIFICATE OF SERVICE

I hereby certify that this 19th day of August, 2008 a copy of the (foregoing) - complaint was copy-over, mailed (mail-box) rule through prison-staff/mail-room, Wrapper, 300 St. Paul Place 1st Floor Baltimore, M.D., CMC

/s/ Mila Crittund
Frankie L. McCoy #172986
MCIJ - P.O. Box 549
Jessup, MD, 20794

cc: F.L.M. ✓

August 19, 2008

Felicia C. Cannon, Clerk
U.S. District Court for Maryland
101 West Lombard Street
Baltimore, MD, 21201

civil no, (WDQ-00-900)

Dear Clerk,

Enclosed, please "file my" Motion to Amend Facts/Answer's Service Complaint.

La lota continua

Freddie L. McCrary #190086
MCTC, P.O. Box 249
Jessup, MD, 20794
Pro-se,

cc: F.M,
w/attachments