### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRANKIE MCCOY, SR., #172-986, | * |
| Plaintiff, | * |
| v. | *   Civil No. WDQ-00-900 |
| MAJOR WILLIAM CLARK, *et al.,* | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR EXTENSION OF TIME

Defendant[1], Robert Koppel[2], by his attorneys, Douglas F. Gansler, Attorney General of Maryland, and Stephanie Lane-Weber, Assistant Attorney General, move, pursuant to Fed.R.Civ.P. 6(b)(1), for an extension of time to and including October 8, 2008, to file a response to the complaint filed in the above-captioned case for the following reasons:

1.  By Order dated August 13, 2008, this Court granted the Defendant an extension of time to and including September 8, 2008, within which to file a response to the complaint.

2.  Although certain information and materials relating to the complaint herein have now been received by undersigned counsel, it is necessary that

---

[1] Undersigned counsel does not represent former Major William Clark, former Sergeant D. Taylor or former Captain L. Channey who are all retired from state service.

[2] Defendant former Major Robert Koppel is currently the Warden at the Maryland Correctional Adjustment Center (MCAC), effective July 1, 2008.

additional documents be obtained so that the Defendant can prepare and file a detailed response.

3. An additional thirty day period to and including October 8, 2008 within which to respond to the Complaint should be sufficient to prepare Defendant's initial pleadings.

4. This Motion is not made for purposes of delay.

WHEREFORE, it is respectfully requested that this Court grant leave for Defendant Robert Koppel, to file a response in the instant case on or before October 8, 2008.

                    Respectfully submitted,

                    DOUGLAS F. GANSLER
                    Attorney General of Maryland

                    _____/s/_____
                    STEPHANIE LANE-WEBER
                    Assistant Attorney General
                    Federal Bar No. 00023

                    St. Paul Plaza - 19th Floor
                    200 St. Paul Place
                    Baltimore, Maryland  21202
                    (410) 576-6340 (Telephone)
                    (410) 576-6880 (Telefax)
                    E-mail: slaneweber@oag.state.md.us

                    Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of September 2008, a copy of the foregoing Motion for Extension of Time was mailed, postage prepaid, to:

Frankie McCoy, Sr., #172-986
Maryland Correctional Institution - Jessup
P.O. Box 549
Jessup, Maryland 20794

                                                  /s/
                                      STEPHANIE LANE-WEBER
                                      Assistant Attorney General

G:\GILLASPD\WPDATA\MCCOY 900\Pleadings\ext.2nd.wpd