**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| FRANKIE MCCOY, SR., #172-986, | * | |
| Plaintiff, | * | |
| v. | * | Civil No. WDQ-00-900 |
| MAJOR WILLIAM CLARK, *et al.*, | * | |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **ORDER**

Upon consideration of the foregoing Motion for Extension of Time, it is this ____ day of _____, 2008, by the United States District Court for the District of Maryland,

**ORDERED**, that the time for Defendant Robert Koppel, to file a response to the complaint is hereby extended to and including October 8, 2008.

_____
United States District Judge

G:\GILLASPD\WPDATA\MCCOY 900\Pleadings\ext.2nd.order.wpd