IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FRANKIE L. MCCOY, SR., #172-986, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. WDQ-00-900 |
| | * | |
| MAJOR WILLIAM CLARK, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW APPEARANCE

Assistant Attorney General Stephanie Lane-Weber moves pursuant to U. S. District Court Rule 101(2)(a)(1) to withdraw the appearance of J. Joseph Curran, Jr., former Attorney General of Maryland, on behalf of Defendant Robert Koppel[1] and states:

1)    Defendant Koppel is presently represented by his attorneys, Douglas F. Gansler, Attorney General of Maryland, and undersigned counsel.

WHEREFORE, it is respectfully requested that this Court grant this Motion and withdraw the appearance of J. Joseph Curran, Jr.

Respectfully submitted,

DOUGLAS F. GANSLER
Attorney General of Maryland


_____/s/_____
STEPHANIE LANE-WEBER
Assistant Attorney General
General Bar No. 00023

---

[1] The Pacer docket entries show that J.Joseph Curran, Jr. represents the defendants; however, no such pleading was filed in this case. To clear up matters, this Motion is submitted.

> 200 St. Paul Place, 19th Floor
> Baltimore, Maryland 21202
> Phone: (410) 576-6340
> Fax: (410) 576-6880
> E-Mail: slaneweber@oag.state.md.us
>
> Attorneys for Defendant Robert Koppel

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of September, 2008, a copy of the foregoing Motion to Withdraw Appearance was mailed, postage prepaid, to plaintiff, Frankie L. McCoy, #172-986, Maryland Correctional Institution - Jessup, P.O. Box 549, Jessup, Maryland 20794.

> /s/
> STEPHANIE LANE-WEBER
> Assistant Attorney General