IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FRANKIE L. MCCOY, SR., #172-986,   *

      Plaintiff,   *

v.   *   Civil Action No. WDQ-00-900

   *

MAJOR WILLIAM CLARK, *et al.*,   *

      Defendants.   *

\* \* \* \*\*\* \* \* \*

**ORDER**

The Motion to Withdraw Appearance having been read and considered, it is this

_____day of _____, 2008 by the United States District Court for the

District of Maryland,

**ORDERED**, that the Motion is hereby **GRANTED** and it is **FURTHER ORDERED**

that the appearance of J. Joseph Curran, Jr. is hereby withdrawn.

                                 _____
                                 WILLIAM D. QUARLES, JR.
                                 United States District Court Judge